1  Richard G. Garcia (SBN: 198185)
     *rgg@manningllp.com*
2  **MANNING & KASS**
   **ELLROD, RAMIREZ, TRESTER LLP**
3  One California Street, Suite 900
   San Francisco, California 94111
4  Telephone: (415) 217-6990
   Facsimile: (415) 217-6999

Attorneys for Defendant
WINDSOR FASHIONS, LLC


Thiago M. Coelho (SBN: 324715)
WILSHIRE LAW FIRM
3055 Wilshire Blvd., 12th Floor
Los Angeles, CA 90010
Tel: (213) 381-9988
Fax: (213) 381-9989
Email: Thiago@wilshirelawfirm.com

Attorneys for Plaintiff VALERIE BROOKS and Proposed Class

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| VALERIE BROOKS, individually and on behalf of all others similarly situated,, | Case No.: 2:19-cv-01583-TLN-DB |
| Plaintiff, | **STIPULATION TO SET ASIDE CLERK'S ENTRY OF DEFAULT AND ORDER** |
| v. | |
| WINDSOR FASHIONS, LLC, a Delaware corporation; and DOES 1 to 10, inclusive, | |
| Defendant. | |

**TO THE HONORABLE TROY L. NULEY AND U.S. DISTRICT COURT:**

Plaintiff VALERIE BROOKS ("Plaintiff"), by and through her attorneys of record, and Defendant WINDSOR FASHIONS, LLC, ("Defendant") by and through its attorneys of record,

1
**STIPULATION TO SET ASIDE CLERK'S ENTRY OF DEFAULT AND ORDER**

**HEREBY STIPULATE AS FOLLOWS:**

WHEREAS, the U.S. Court Clerk entered a default of Defendant in this matter on December 30, 2019;

WHEREAS, there is confusion as to whether Defendant had notice of the request for entry of default;

WHEREAS, the Parties wish to cooperate in setting aside the default and to proceed with this action and sufficient time within which to file Defendant's responsive pleading.

IT IS HEREBY STIPULATED that:

1. The Parties hereby respectfully request that the Court set aside the default entered by the Clerk in this matter.

2. Defendant shall be permitted to file a responsive pleading within ten days of the Court issuing an order regarding this stipulation.

3. Each party shall bear their own costs as to the default and stipulation.

4. Plaintiff's counsel has authorized submission of this Stipulation on his behalf.

**IT IS SO STIPULATED.**

DATED: June 19, 2020          **WILSHIRE LAW FIRM**

By: */s/ Thiago Coelho(as authorized on June 19, 2020)*
Thiago Coelho
Attorneys for Plaintiff
VALERIE BROOKS

DATED: June 19, 2020          **MANNING & KASS**
                              **ELLROD, RAMIREZ, TRESTER LLP**

By:     */s/ Richard G. Garica*
Richard G. Garcia
Attorneys for Defendant
WINDSOR FASHIONS, LLC

**STIPULATION TO SET ASIDE CLERK'S ENTRY OF DEFAULT AND ORDER**

1 **ORDER**

2     GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the default entered by the

3 Clerk in this matter against defendant WINDSOR FASHIONS, LLC, be set aside.  IT IS

4 FURTHER ORDERED that Defendant shall file its responsive pleading to the Complaint within

5 ten days of the issuance of this order.  IT IS FURTHER ORDERED that each party shall bear their

6 own costs as to the default and stipulation

7     **IT IS SO ORDERED.**

8 DATED: June 19, 2020

Troy L. Nunley
United States District Judge